IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MANJUNATH A. GOKARE, P.C., and GOLDSTEIN DEMCHAK BALLER BORGEN & DARDARIAN, P.C., on behalf of themselves and a class of all persons similarly situated, | : : : : : : | |
| Plaintiffs, | : : | Civil Action No. 2:11-CV-2131-JTF-CGC |
| v. | : : | |
| FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES INC., | : : : | Class Action Jury Trial Demanded |
| Defendants. | : : | |

## JOINT MOTION FOR 45-DAY STAY

Plaintiffs and Defendants have recently conferred and believe that now is an opportune and appropriate time to participate in a mediation to see whether this matter can be fairly resolved. In order to provide the greatest likelihood of a successful mediation, the parties request that this Court stay this case for forty-five (45) days. The parties believe a stay is necessary to (1) maintain the status quo during the mediation to avoid any actual or perceived shifts in negotiating power and (2) permit the parties to focus on preparing for and participating in the mediation (particularly given the upcoming expert and class certification deadlines).

Therefore, the parties respectfully request that the Court stay this matter in all respects (including reserving rulings on all pending motions) for forty-five (45) calendar days. In the event that the mediation is unsuccessful and the stay expires, the deadlines set forth in the Court's recently-entered Scheduling Order (Dkt. No. 232) will simply be pushed back 45 calendar days.

1084254.1

1

A proposed Order is attached as Exhibit A for the Court's convenience.

Respectfully submitted this 17th day of April 2013,

        ON BEHALF OF PLAINTIFFS:

        */s/ Steven J. Rosenwasser*
        Jeffrey O. Bramlett
        Ga. Bar No. 075780
        Steven Rosenwasser
        Ga. Bar No. 614908
        Naveen Ramachandrappa
        Ga. Bar No. 422036
        Manoj S. Varghese
        Ga. Bar No. 734668
        BONDURANT MIXSON & ELMORE LLP
        1201 W Peachtree St NW, Suite 3900
        Atlanta, GA 30309
        404-881-4100
        *bramlett@bmelaw.com*
        *rosenwasser@bmelaw.com*
        *ramachandrappa@bmelaw.com*
        *varghese@bmelaw.com*

        Frank L. Watson, III
        Tenn. Bar No. 15073
        William F. Burns
        Tenn. Bar No. 17908
        WATSON BURNS, PLLC
        253 Adams Ave
        Memphis, TN 38103
        901-529-7966
        *fwatson@watsonburns.com*
        *bburns@watsonburns.com*

        Salu K. Kunnatha
        Ga. Bar No. 430321
        KUNNATHA LAW FIRM, PC
        2970 Clairmont Rd Ste 905
        Atlanta, GA 30329
        *skk@kunnathalaw.com*
        404-633-4200

        *Attorneys for Plaintiffs*

ON BEHALF OF DEFENDANTS FEDERAL EXPRESS CORPORATION AND FEDEX CORPORATE SERVICES, INC.:

*/s/ Justin M. Ross*
JUSTIN M. ROSS (TN Bar. No. 19571)
*justin.ross@fedex.com*
COLLEEN D. HITCH (TN Bar No. 24127)
*colleen.hitch@fedex.com*
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B, 3rd Floor
Memphis, TN  38125
Telephone:  (901) 434-8570
Fax:  (901) 434-9279

*Attorneys for Defendants*