UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
Before Judge John T. Fowlkes, Jr., United States District Judge

July 8, 2013

RE:   2:11-cv-2131-JTF/cgc
*Manjunath A. Gokare, P.C. v. Federal Express Corporation*

Dear Sir/Madam:

A **STATUS CONFERENCE and PRELIMINARY SETTLEMENT APPROVAL HEARING** has been **SET** before **Judge John T. Fowlkes, Jr.** for **WEDNESDAY, JULY 23, 2013** at **10:00 A.M** in Courtroom #3.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,

THOMAS M. GOULD, CLERK

BY:    *s/Lorri Fentress*, on behalf of
Ross Herrin
Case Manager to Judge John T. Fowlkes, Jr.
901-495-1331
ross_herrin@tnwd.uscourts.gov