IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MANJUNATH A. GOKARE, P.C., and GOLDSTEIN, BORGEN, DARDARIAN & HO, P.C., on behalf of themselves and a class of all persons similarly situated, | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 2:11-CV-2131-JTF-CGC |
| v. | : : | |
| FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES INC., | : : : | Class Action |
| Defendants. | : | |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Manjunath A. Gokare, P.C., and Goldstein, Borgen, Dardarian & Ho, P.C., by and through the undersigned counsel, move the Court to grant preliminary approval to the proposed settlement ("Settlement") the parties have reached in this case and to enter the attached proposed Order: (1) preliminarily approving the Settlement; (2) preliminarily certifying a class ("Settlement Class") for purposes of the Settlement; (3) preliminarily appointing Plaintiffs as Class Representatives; (4) preliminarily appointing Plaintiffs' counsel as Class Counsel; (5) approving the proposed method and form for providing notice of the Settlement to the Settlement Class; (6) approving the proposed method and form for disseminating a Proof of Claim form to the Settlement Class; (7) approving the provisions of the Settlement and the Notice with respect to opt outs and objections; (8) approving the provisions of the Settlement and the Notice with respect to the filing of a Motion for Final Approval of the Settlement and a request for attorneys' fees, expenses, and incentive awards; and (9) setting a date, time and place for a hearing to

1113691.1

consider final approval of the Settlement.  This motion seeks preliminary approval of the Settlement Agreement attached as Exhibit A and entry of the proposed Order attached as Exhibit B.  Plaintiffs have contemporaneously filed a memorandum setting forth the factual and legal bases for this motion.

WHEREFORE, Plaintiffs move the Court to enter the proposed Order attached as Exhibit B.  Defendants consent to entry of that Order and do not oppose this motion.

## CONCLUSION

Plaintiffs respectfully request that the Court preliminary approve the Settlement and enter the Proposed Order attached to their Motion as Exhibit B.

Respectfully submitted this 26th day of July, 2013,

*/s/ Steven Rosenwasser*
Jeffrey O. Bramlett
Ga. Bar No. 075780
Steven Rosenwasser
Ga. Bar No. 614908
Naveen Ramachandrappa
Ga. Bar No. 422036
Manoj S. Varghese
Ga. Bar No. 734668
BONDURANT MIXSON & ELMORE LLP
1201 W Peachtree St NW
Ste 3900
Atlanta, GA 30309
404-881-4100
bramlett@bmelaw.com
rosenwasser@bmelaw.com
ramachandrappa@bmelaw.com
varghese@bmelaw.com

Frank L. Watson, III
Tenn. Bar No. 15073
William F. Burns
Tenn. Bar No. 17908
WATSON BURNS, PLLC

1113691.1

2

253 Adams Ave
Memphis, TN 38103
901-529-7966
fwatson@watsonburns.com
bburns@watsonburns.com

Salu K. Kunnatha
Ga. Bar No. 430321
KUNNATHA LAW FIRM, PC
2970 Clairmont Rd Ste 905
Atlanta, GA 30329
skk@kunnathalaw.com
404-633-4200

*Attorneys for Plaintiffs*

1113691.1

4

**LOCAL RULE 7.2(a)(1)(B) CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1(B), on July 26, 2013, the undersigned consulted by telephone with Justin Ross, counsel for Defendants, who indicated that Defendants consent to entry of the proposed Order attached hereto as Exhibit B and do not oppose this motion.

*/s/Steven J. Rosenwasser*

1113691.1

## CERTIFICATE OF SERVICE

I certify that, on July 26, 2013, I filed this **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will notify the following counsel of record:

    Richard R. Roberts
    Justin Ross
    Colleen Hitch Wilson
    Richard M. Price
    Graham W. Askew

    Federal Express Corporation
    3620 Hacks Cross Rd
    Building B, Third Fl
    Memphis, TN 38125

    rrroberts2@fedex.com
    justin.ross@fedex.com
    chitchwilson@fedex.com
    mattprice2@fedex.com
    graham.askew@fedex.com

                                      */s/ Steven Rosenwasser*