IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MANJUNATH A. GOKARE, P.C. and GOLDSTEIN DEMCHAK BALLER BORGEN & DARDARIAN, P.C. on behalf of itself and a class of all persons similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) )  Case No. 2:11-CV-02131-JTF-cgc |
| v. | ) ) ) |
| FEDERAL EXPRESS CORPORATION and FEDEX CORPORATE SERVICES, INC., | ) ) ) |
| Defendants. | ) |

**<u>ORDER)</u>**

Before the Court by Order of Reference are Defendants' Motion to Dismiss (D.E. # 171) and Plaintiffs' Motion for Hearing (D.E. # 209) and Motion for Attorney Fees (D.E. # 234). On April 18, 2013, District Judge John T. Fowlkes entered an Order staying the case until June 17, 2013 and referring the parties to mediation. (D.E. # 236)  On May 6, 2013, Judge Fowlkes extended the stay and mediation deadline to July 1, 2013. (D.E. # 241). On August 1, 2013, Judge Fowlkes entered an Order granting the motion for preliminary approval of settlement. (D.E. # 250)  Based on the current posture of the case, the motions at D.E. 171, 209 and 234 are DENIED WITHOUT PREJUDICE to refile at a later date should circumstances warrant.

IT IS SO ORDERED this 17th day of October, 2013.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE